PER CURIAM.
Affirmed. Citizens Ins. Co. v. Barnes, 98 Fla. 933, 124 So. 722 (Fla.1929); State Farm Fire & Casualty Co. v. Metropolitan Dade County, 639 So.2d 63 (Fla. 3d DCA), review denied, 649 So.2d 234 (Fla.1994); Reliance Ins. Co. v. Harris, 503 So.2d 1321 (Fla. 1st DCA), review denied, 513 So.2d 1063 (Fla.1987); Regency Baptist Temple v. Insurance Co. of N. Am., 352 So.2d 1242 (Fla. 1st DCA 1977); Netherlands Ins. Co. v. Fowler, 181 So.2d 692 (Fla. 2d DCA 1966).